MARGARET W. COE, respondent,

*v.*

BENJAMIN J. COE, appellant.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *97 N. J. Eq. 57.*

*Mr Howard S. Dodd,* for the respondent.

*Mr. William Ripley Cobb,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.   14.

*For reversal*—None.